## Joseph & Norinsberg LLC
### Fighting for Employee Justice

| | | |
|---|---|---|
| **Downtown Manhattan Office** One World Trade Center, 85th Floor New York, NY 10007 | **Midtown Manhattan Office** 110 East 59th Street, Suite 2300 New York, New York 10022 | **Newark Office** One Gateway Center, Suite 2600 Newark, New Jersey 07102 |
| **Philadelphia Office** 1650 Market Street, Suite 3600 Philadelphia, Pennsylvania 19103 | **Boston Office** 225 Franklin Street, 26th Floor Boston, Massachusetts 02110 | **Orlando Office** 300 N. New York Ave, Suite 832 Winter Park, Florida 32790 |

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

December 5, 2024

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 20B
New York, N.Y. 10007-1312

> The requested extension is GRANTED.  Defendants shall respond to the Complaint by **December 19, 2024**.  If Defendants fail to do so, Plaintiff shall file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55.
>
> Date:   December 6, 2024
>         New York, New York
>
> SO ORDERED
>
> _/s/ Jennifer Rochon_____
> JENNIFER L. ROCHON
> United States District Judge

Re:   **Robles v. Lambsbreath, LLC**
      **Case No. 1:24-cv-07501-JLR**
      **_Letter Motion for Extension of Time to File for Default_**

Dear Judge Rochon:

   Our office represents Plaintiff Primitivo Rochon ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant Lambsbreath, LLC ("Defendant"). We write to respectfully request that this Honorable Court issue an Order extending the time to initiate default judgment proceedings for an additional 14 days, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, which allows the court to grant an extension for good cause.

In our efforts to resolve this matter, our staff personally contacted their business and spoke with an individual who claimed to be the owner. This individual indicated they were not aware of the nature of the suit. Upon their request, I sent copies of the relevant documents, and the owner stated their intention to retain counsel as their next step.

To provide the Defendant with an adequate opportunity to respond, we propose allowing them 15 days to retain counsel and address this matter. Should the Defendant fail to do so within this period, we will proceed to initiate default judgment proceedings as stipulated under Rule 55 of the Federal Rules of Civil Procedure.

We sincerely apologize for any inconvenience this extension request may cause and appreciate the Court's understanding and consideration in this matter.

          Sincerely,

          Jon L. Norinsberg, Esq.
          *Senior Partner*
          Attorney for Plaintiff
          110 East 59th Street, Suite 2300
          New York, New York 10022
          Tel. No.: (212) 227-5700
          Fax No.: (212) 406-6890
          jon@norinsberglaw.com

c.c.

    Lambsbreath, LLC
    Manhattan Store
    2128 2nd Ave, Manhattan, NY 10029
    (646) 249-4643; 646-649-3023
    info@lambsbreaddispensary.com