UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                      Plaintiff(s)      **Request for Clerk's Certificate of Default**

PRIMITIVO ROBLES

                vs.

                                            Civil Case No. 1:24-CV-07501

LAMBSBREATH LLC d/b/a LAMB'S BREAD DISPENSARY

                                  Defendant(s)

_____

      Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Arjeta Albani, Esq. requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

    1)   is not an infant or incompetent person;

    2)   is not in the military service;

    3)   was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

    4)   has defaulted in appearance in the above captioned action.

                                                      Arjeta Albani
                                                      **Counsel for Plaintiff(s) / Plaintiff(s) Pro se**