UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRIMITIVO ROBLES

                Plaintiff(s),

- against -

LAMBSBREATH LLC d/b/a LAMB'S BREAD D

                Defendant(s),
------------------------------------------------------------X

1:24 Civ. 07501 (___)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 3, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Lambsbreath LLC d/b/a Lamb's Bread Dispensary by personally serving Colleen Banahan as Office Assistant 2, and proof of service was therefore filed on October 23, 2024, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
       January 6, 2024

                                                TAMMI M. HELLWIG
                                                  Clerk of Court

                                    By: _____
                                                  Deputy Clerk