UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PRIMITIVO ROBLES

Plaintiff(s),

\_\_\_\_\_ **Civ.** _____(\_\_\_)
1:24      07501

- against -

**CLERK'S CERTIFICATE
OF DEFAULT**

LAMBSBREATH LLC d/b/a LAMB'S BREAD DI

Defendant(s),
-------------------------------------------------------------X

I, TAMMI M. HELLWIG, Clerk of the United States District Court for

the Southern District of New York, do hereby certify that this action was commenced on

October 3, 2024
_____ with the filing of a summons and complaint, a copy of the summons and

complaint was served on defendant(s) Lambsbreath LLC d/b/a Lamb's Bread Dispensary

by personally serving Colleen Banahan as Office Assistant 2 ,

and proof of service was therefore filed on October 23, 2024 , Doc. #(s) 6 .

I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

**Dated: New York, New York**

January 8 , 20 25
_____

TAMMI M. HELLWIG
Clerk of Court

By: _Negam Dulol_
Deputy Clerk